STATE of Missouri, Respondent,

v.

Johnny D. QUINN, Appellant.

No. WD 37732.

Missouri Court of Appeals,
Western District.

Oct. 7, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 1986.

Application to Transfer Denied
Jan. 13, 1987.

Sean O'Brien, Public Defender, Bruce R. Anderson, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

## ORDER

PER CURIAM.

Direct appeal from jury convictions for assault in the first degree, in violation of § 565.050 RSMo Supp.1984, robbery in the first degree, in violation of § 569.020 RSMo

1978, and armed criminal action, in violation of § 571.015.1 RSMo 1978.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Mark S. LEWIS, Appellant.

No. WD 37821.

Missouri Court of Appeals,
Western District.

Oct. 7, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 1986.

Application to Transfer Denied
Jan. 13, 1987.

Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

Robert Frager, Asst. Pros. Atty., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from jury trial conviction of tampering with a witness, § 575.270 RSMo 1978, and sentence to a six-month term of imprisonment in the county jail.

Judgment affirmed. Rule 30.25(b).